AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Stephen Bretzinger and Lindsey Holsinger
*Plaintiffs*
v.                                                                 Civil Action No.     0:13-2771-JMC

Crestwood Homes, LLC d/b/a Scenic Homes, Paul Meng, James Ray, Reggie Lee McGaugh, Susan Meng, Mary Beth McGaugh, and Susan Ray,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the parties are to fulfill their obligations under the Settlement Agreement within 30 days of entry of the order dated May 7, 2015 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the Defendants' motion to Enforce Settlement.

Date:   May 7, 2015                                          *CLERK OF COURT*

                                                             s/Angie Snipes
                                                             *Signature of Clerk or Deputy Clerk*